**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DARRICK L. FERGUSON, JR.                                                         PLAINTIFF

V.                                    NO: 3:16CV00033 JLH/PSH

T. HARRELL *et al*                                                               DEFENDANTS

**ORDER**

  Plaintiff Darrick L. Ferguson, Jr., filed a *pro se* complaint on February 1, 2016. Plaintiff did not pay the $400.00 filing and docketing fees, and he did not file an application for leave to proceed *in forma pauperis* ("IFP"). The Court issued an order on February 2, 2016 directing him to pay the fees or file an IFP application (Doc. No. 2). That order and an IFP application mailed to Ferguson at the Craighead County Detention Facility were returned as undeliverable (Doc. No. 3 and 4). While Ferguson has not filed a notice of change of address, the Arkansas Department of Correction's public website indicates there is a Darrick L. Ferguson incarcerated at the Delta Regional Unit. Accordingly, the Clerk is directed to send a copy of this order, the Court's February 2, 2016 order (Doc. No. 2), and an application for leave to proceed IFP to Ferguson at the Delta Regional Unit, 880 East Gaines, Dermott, AR 71638-9505. Ferguson must pay the filing fee, or file an application for leave to proceed IFP no later than 30 days after this order's entry date. He also is ordered to file a notice of change of address. Ferguson's failure to do so will result in the recommended dismissal of his complaint.

  IT IS SO ORDERED this 14th day of March, 2016.

                        _____
                        UNITED STATES MAGISTRATE JUDGE