**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DARRICK L. FERGUSON, JR., ADC #117506                                            PLAINTIFF

v.                            NO. 3:16CV00033 JLH/PSH

T. HARRELL, *et al*.                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against the Craighead County Detention Center are DISMISSED WITH PREJUDICE.

DATED this 6th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE