**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DARRICK L. FERGUSON, JR.                                                                 PLAINTIFF
ADC #117506

V.                                        NO: 3:16CV00033 JLH/PSH

TODD HARRELL *et al*                                                                      DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct name of defendant Todd Harrell, as set forth in his answer (Doc. No. 19).

IT IS SO ORDERED this 6th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE