**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DARRICK L. FERGUSON, JR.                                                                        PLAINTIFF
ADC #117506

V.                                    NO: 3:16CV00033 JLH/PSH

TODD HARRELL *et al*                                                                                   DEFENDANTS

## ORDER

    The Clerk is directed to change the style of the case to reflect the correct name of defendants Arthur Bentley and Tracy Reece, as set forth in their answers (Doc. Nos. 22 & 23).

    IT IS SO ORDERED this 10th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE