# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DARRICK L. FERGUSON, JR.     PLAINTIFF
ADC #117506

V.     NO: 3:16CV00033 JLH/PSH

TODD HARRELL *et al*     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The motion to dismiss filed by defendants Todd Harrell, Hicks, and S. Calaway (Doc. No. 31), is GRANTED, and plaintiff Darrick L. Ferguson, Jr.'s, claims against them are DISMISSED WITHOUT PREJUDICE.

2. Harrell's motion to dismiss (Doc. No. 17) is DENIED AS MOOT.

DATED this 6th day of July, 2016.

                                     *J. Leon Holmes*
                                     UNITED STATES DISTRICT JUDGE