# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DARRICK L. FERGUSON, JR.                                                                              PLAINTIFF

V.                                              NO: 3:16CV00033 JLH

TODD HARRELL *et al*                                                                                 DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 1st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE